UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| Chattanooga-Hamilton County Hospital Authority, d/b/a Erlanger Medical Center and Erlanger Health System,<br><br>    Plaintiff,<br><br>v.<br><br>Xerox Corporation; Xerox Business Services, LLC, f/k/a Affiliated Computer Services, Inc. d/b/a ACS,<br><br>    Defendants. | Civil Action No. 1:16-cv-00496<br>Judge Phillips<br>Magistrate Judge Steger |

**CORPORATE DISCLOSURE STATEMENT ON BEHALF OF
XEROX CORPORATION**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Xerox Corporation ("Xerox") makes the following disclosures:

1. Xerox has no corporate interests to be identified under Federal Rule of Civil Procedure 7.1.

2. There is no parent corporation to Xerox and no publicly-held corporation owning 10% or more of its stock.

Respectfully submitted,

s/ William L. Campbell, Jr.
William L. Campbell, Jr. (BPR 022712)
Tonya J. Austin (BPR 033771)
Carl Eppler (BPR 31112)
FROST BROWN TODD LLC
150 3rd Avenue South, Suite 1900
Nashville, Tennessee 37201
615.251.5550 Telephone
615.251.5551 Facsimile
ccampbell@fbtlaw.com
taustin@fbtlaw.com
ceppler@fbtlaw.com

*Counsel for Defendant Xerox Corporation, Xerox Business Services, LLC, f/k/a Affiliated Computer Services, Inc., which owned ACS Consultant Company, Inc., d/b/a ACS Healthcare Solutions*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1st day of March, 2017, the foregoing was filed electronically and served upon all registered users of the Electronic Case Filing System, including:

>Brian D. Roark
>Bass, Berry & Sims PLC
>150 Third Avenue South, Suite 2800
>Nashville, TN 37201
>*Counsel for Plaintiff*

s/ William L. Campbell, Jr.

0125009.0597375   4813-5833-9395v1